UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA A. NEWPORT, | 3:12-CV-621-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 15, 2014 |
| CITY OF SPARKS, et al., | |
| Defendants | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for an Order Setting a Discovery Schedule and Deadline (Doc. #34).  Pursuant to the court's Scheduling Order (Doc. #37) filed on August 13, 2014, Plaintiff's Motion (Doc. #34) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
         Deputy Clerk