# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA NEWPORT, ) | 3:12-cv-00621-MMD-WGC | |
| Plaintiff, ) | **MINUTES OF THE COURT** | |
| vs. ) | | |
| ) | January 27, 2015 | |
| CITY OF SPARKS, et al., ) | | |
| Defendants. ) | | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Subpoena for New Owners of the Nugget Casino to Produce Requested Information and Electronically Stored Documents." (Doc. # 72.)

Although Plaintiff stated he was not going to seek re-issuance of the Nugget subpoena at this court's January 21, 2015 hearing, nevertheless, Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's motion is **GRANTED** with respect to the issuance of a Subpoena relative to Paragraphs 1, 2 and 3 of his motion.

2. Plaintiff's motion is **DENIED** as to Paragraphs 4, 5 and 6 as the information sought in those paragraphs are more in the form of an interrogatory than a request for documents relative to a subpoena.

The Deputy Clerk is directed to issue a subpoena, signed but otherwise blank, and send it to Mr. Newport. Mr. Newport shall complete the subpoena consistent with the terms of this order and thereafter return it and a copy of this order to the United States Marshal's Office[1] for service within thirty (30) days of today's date.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk

---

[1] United States Marshal's Office, Bruce R. Thompson Courthouse and Federal Building, 400 South Virginia Street, Room 201, Reno, Nevada 89501.