UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA A. NEWPORT,

    Plaintiff,

v.

OFFICER MARCONATO, OFFICER YEE, OFFICER LAKE, OFFICER MARSH, OFFICER GINCHEREAU, OFFICER NOVAK, OFFICER MAILE, OFFICER ROWE, OFFICER HAMMERSTONE, OFFICER FYE, SGT. TRACY,

    Defendants.

Case No. 3:12-CV-00621-MMD-WGC

**STIPULATION AND ORDER**

**FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Joshua A. Newport and Defendants Eric Marconato, Bryan Yee, Kevin Lake, Glenn Marsh, Tim Ginchereau, Tod Novak, Eli Maile, Christopher Rowe, James Hamerstone, Patrick Fye and Scott Tracy, by and through their undersigned counsel of record, hereby dismiss this action, in its entirety, with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 20 day of May, 2016.    By: _____
                                                               Joshua A. Newport
                                                                Plaintiff

1
2   DATED this 20th day of May, 2016.        By: _____
                                             Douglas R. Thornley, Esq.
3                                            *Attorney for Defendants*
4
5
6
7
8
9
10
11   IT IS SO ORDERED.
12
13   DATED THIS 31st day of May 2016.        _____
                                             MIRANDA M. DU
14                                           UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2